**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 10-cr-00353-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JORGE MARTIN VILLEGAS,
2. LORENZO E. VILLEGAS,
3. LORENZO STEVE VILLEGAS,
4. JOHNNY TORRES,
5. RONNIE GARCIA,
6. THOMAS TORRES, and
7. ROGELIO JUAREZ,

    Defendants.

---

**PROTECTIVE ORDER REGARDING WIRETAP DOCUMENTS,
JENCKS ACT MATERIAL, RULE 26.2 AND RULE 16 MATERIAL**

---

The Court has received the government's Motion for an order clarifying the further use of documents and other material provided in pretrial disclosure in relation to the above captioned matter.   Discovery Conference Memoranda and Orders are on file in this case for six defendants (Doc. ## 37, 38, 39, 40, 45, 46).   To date, there has been, *inter alia*, disclosure of audio files, video files, photographs, transcripts, lab reports, line sheets, reports of investigation, orders, transcripts of colloquy, periodic reports, applications, and affidavits pertaining to the underlying court ordered wiretaps of Target Telephones ("TT") One through Six.  Title 18 U.S.C. § 2517.

The Court is familiar with the file in this case. Defendant No. 7 is a fugitive. At this time it appears Defendant No. 1 (Jorge Martin Villegas) alone remains actively litigating issues in this case. As of April 4, 2011, Defendant J. M. Villegas has not filed an objection to the Government's motion. Defendant Nos. 2, 3, 4, 5 and 6 have entered pleas of guilty.

Being sufficiently advised in the premises, the Court finds and concludes the Government's motion is moot as to each Defendant who has entered a plea of guilty. The Government's request is reasonable as to Defendant No. 1, who remains active in this case. Counsel for Defendant No. 1 is hereby directed and instructed to maintain positive control of discovery materials, to include audio files and video files, photographs and NCIC records, to prevent the unwarranted publication of such material. The Court is familiar with the professionalism of counsel and is confident counsel will use the material disclosed in the context of this case for official purposes only, to include related proceedings in court. If there are disagreements over the proper use of any material, or if any party wishes to obtain clarification or relief from the limits of this order, such issues should be raised with the Court by written motion after the parties have made reasonable efforts to communicate and reconcile their differences, if possible.

SO ORDERED this   5th   day of April, 2011 at Denver, Colorado.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge